**DISMISS and Opinion Filed May 15, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-01043-CV**

**PHILIP LOCKHART, Appellant**
**V.**
**TAYNA MARTINEZ, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV23-00816**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by April 10, 2024. By postcard dated April 12, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


                       /Bonnie Lee Goldstein/
                       BONNIE LEE GOLDSTEIN
231043f.p05           JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

PHILIP LOCKHART, Appellant

No. 05-23-01043-CV      V.

TAYNA MARTINEZ, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV23-00816.
Opinion delivered by Justice Goldstein, Justices Reichek and Garcia participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 15, 2024